1038

[Nos. 15628-1-III; 15629-0-III.   Division Three.   May 29, 1997.]

*In the Matter of the Dependency of*
JOSEPH A.G., ET AL.

AMBER SIKES, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Walla
Walla County, Nos. 94-7-00006-2, 94-7-00007-1, Donald W.
Schacht, J., entered May 29, 1997. *Affirmed* by unpub-
lished opinion per Kurtz, J., concurred in by Brown, J.,
and Munson, J. Pro Tem.

[Nos. 19158-0-II; 19459-7-II.   Division Two.   May 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN R.
OLSON, *Appellant*.

Appeals from a judgment of the Superior Court for
Mason County, No. 94-1-00061-6, James B. Sawyer II, J.,
entered December 8, 1994 and April 3, 1995. *Affirmed* by
unpublished opinion per Armstrong, J., concurred in by
Houghton, C.J., and Seinfeld, J.

[Nos. 19371-0-II; 19372-8-II.   Division Two.   May 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PHYLIS K.
GRIGGS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOE
WASHINGTON, *Appellant*.

Appeals from judgments of the Superior Court for Thur-
ston County, No. 94-1-00218-3, 94-1-00219-1, Richard A.
Strophy, J., entered April 12, 1995. *Affirmed* by unpub-
lished opinion per Houghton, C.J., concurred in by Arm-
strong and Hunt, JJ.